**Electronically Filed
Supreme Court
SCWC-23-0000030
05-MAR-2026
10:05 AM
Dkt. 26 ODAC**

SCWC-23-0000030

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

THE WAHIAWA CENTER FOR COMMUNITY HEALTH
dba WAHIAWA HEALTH,
Respondent/Plaintiff-Appellee,

vs.

HAWAII COALITION FOR HEALTH; RAFAEL DEL CASTILLO;
ARLEEN JOUXSON-MEYERS; ARLEEN MEYERS, M.D., INC.;
CARVER WILCOX; BEVERLY WILCOX; ELLEN SOFIO; and AMY DABIS,
Respondents/Defendants-Appellees,

and

WILLIAM F. McKENZIE; WILLIAM F. McKENZIE, M.D., INC.;
MARILYN LADAO; LYNDSEY LADAO; and KYLE LADAO,
Petitioners/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000030; CASE NO. 1CC181001775)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Drewyer, assigned by reason of vacancy)

Petitioners/Defendants-Appellants William F. McKenzie,

William F. McKenzie, M.D., Inc., Marilyn Ladao, Lyndsey Ladao,

and Kyle Ladao's application for writ of certiorari filed on January 14, 2026, is rejected.

DATED:  Honolulu, Hawaiʻi, March 5, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza



/s/ Vladimir P. Devens

/s/ Michelle L. Drewyer